Fill in this information to identify the case:

Debtor name: **FIDI DISTRICT LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **111 Fulton Street Investors c/o the Klein Group LLC, 25 A Hanover Road, Suite 350 Florham Park, NJ 07932** | | | | | | **$69,883.36** |
| **Action Environmental Group 300 Frank W Burr Boulevard Suite 39 Teaneck, NJ 07666** | | | **Unliquidated** | | | **$4,297.76** |
| **Baldor Specialty Foods, Inc 155 FOOD CENTER DR Bronx, NY 10474** | | | **Unliquidated** | | | **$3,379.73** |
| **Bareburger Group, LLC 35-37 36th Street, 4th Fl Astoria, NY 11106** | | **Royalties, Branding & Management Fees to Franchisor** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$36,431.31** |
| **Columbus Village LLC 795 Columbus Avenue New York, NY 10025** | | | | | | **$18,253.00** |
| **Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Taxes, Interest & Penalties** | **Contingent Unliquidated Disputed** | | | **$326,591.70** |

Debtor **FIDI DISTRICT LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fireproofing Corporation of America**<br>347 W 36TH STREET / 10TH FL<br>New York, NY 10018 | | | **Unliquidated** | | | $2,185.12 |
| **G&V Mechanical Inc**<br>2355 31st Street<br>Astoria, NY 11105 | | | **Unliquidated** | | | $1,500.00 |
| **Hector Mora et al c/o Lee Litigation Group LLC**<br>30 East 39th St 2d Fl<br>New York, NY 10016 | | **Settlement of Claim for Underpayment of Minimum Wages caused by Bareburger Group LLC while operating restaurant** | **Unliquidated** | | | $134,000.00 |
| **Imperial Bag & Paper Co, LLC**<br>255 ROUTE 1 AND 9<br>JERSEY CITY<br>Jersey City, NJ 07306 | | | **Unliquidated** | | | $2,348.33 |
| **Manouvelos Engineering PC**<br>30-53 Crescent Street<br>Long Island City, NY 11102 | | | **Unliquidated** | | | $6,225.00 |
| **McCarthy Burgess & Wolf**<br>26000 Cannon Rd<br>Bedford, OH 44146 | | | **Unliquidated** | | | $1,300.00 |
| **NYC Dept of Finance**<br>Attn.: Legal Affairs<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY 11201 | | **NYC Commercial Rent Tax** | **Contingent Unliquidated Disputed** | | | $22,000.00 |
| **NYS Dept. Taxation & Finance**<br>Bankruptcy/Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | **New York State Sales and Witholding Taxes, Interest and Penalties** | **Contingent Unliquidated Disputed** | | | $119,535.80 |
| **Oilmatic Systems LLC**<br>P.O. Box 185<br>Keasbey, NJ 08832-0185 | | | **Unliquidated** | | | $2,595.24 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **FIDI DISTRICT LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pat LaFrieda Meat** 3701 Tonnelle Ave North Bergen, NJ 07047 | | | Unliquidated | | | $26,618.00 |
| **Pegasus P&H Corporation** 33-18 23rd Avenue Astoria, NY 11105 | | | Unliquidated | | | $2,406.53 |
| **Relay Delivery, Inc.** 4 East 27th Street #20388 New York, NY 10001 | | | Unliquidated | | | $8,750.96 |
| **Sysco Corporation** 1390 ENCLAVE PARKWAY Houston, TX 77077 | | | Unliquidated | | | $75,201.54 |
| **Theta Designs** 21-33 40th Avenue Bayside, NY 11361 | | | Unliquidated | | | $5,700.00 |